**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSEPH MISCHLER, *Plaintiff*, v. NOVAGRAAF GROUP BV, *Defendant*. | Civil Action No. 18-2002 (TJK) |

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference held on November 15, 2018, and the parties' Local Civil Rule 16.3 Meet and Confer Report (ECF No. 10), the Court hereby ORDERS that the following schedule shall govern further proceedings:

1. Each party shall serve its Rule 26(a)(1) initial disclosures by December 1, 2018;

2. The parties shall have until March 1, 2019, to join additional parties;

3. Fact discovery shall close on May 31, 2019;

4. A status conference is scheduled for June 4, 2019, at 9:30 a.m. in Courtroom 11;

5. No discovery motions (other than motions to extend time) may be filed without leave of court. In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement. If the parties are unable to resolve the discovery dispute, the parties shall jointly call chambers, at which time the Court will either rule on the issue or determine the manner in which it is to be handled; and

2

6. Parties may not extend any deadline by stipulation; instead, parties shall seek extensions by motion. Consent motions are generally looked upon with favor by the Court.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: November 16, 2018